BARTLETT NYE, Respondent, v. EMMA J. GOVEN, as Executrix of ELI J. GOVEN, Deceased, Appellant.

*Nye* v. *Goven*, 173 App. Div. 990, appeal dismissed.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 12, 1916, which affirmed an order of Special Term granting a motion to compel defendant to accept service of a bill of exceptions.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*O. R. Dunn* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

FIRST NATIONAL BANK OF HIGH BRIDGE, NEW JERSEY, Appellant, v. CHARLES I. HUDSON et al., Respondents.

Reported below, 166 App. Div. 51.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment, entered February 10, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of plaintiff entered upon a verdict and directed a dismissal of the complaint.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to review the order of reversal and the judgment entered thereon.

*John G. Saxe* for motion.

*Harold Nathan* opposed.

Motion denied, with ten dollars costs.